# United States District Court
## Violation Notice

**CVB Location Code:** MF24

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| FBET007B | CARRODEGUAS | 2250 |

FBET007B

### YOU ARE CHARGED WITH THE FOLLOWING

| Date and Time of Offense | Offense |
|---|---|
| 04/11/2016  10:35 | FED   36CFR   2618A |

**Place of Offense:** FSR 241

**Offense Description: Factual Basis for Charge**   HAZMAT ☐

HUNTING FROM THE ROAD / DISCHARGING A FIREARM FROM THE ROAD.

---

### DEFENDANT
**Phone:** (   )

| Last Name | First Name | M. |
|---|---|---|
| HENRY | GARY | A |

**Street Address:** 1173 HORSESHOE DR

| City | State | Zip | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| ALGER | MI | 48610 | [redacted] |

**Drivers License:** [redacted]   CDL ☐   D.L. MI

**Social Security:**

☒ Adult ☐ Juvenile   Sex ☒ M ☐ F   Race: WHITE   Hair: BR   Eyes: BLU   Height: 6' 3"   Weight:

### VEHICLE
**VIN:**   CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

A ☐  IF BOX A IS CHECKED, YOU MUST APPEAR IN
SEE INSTRUCTIONS (opposite).

B ☒  IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

| | Amount | |
|---|---|---|
| | $250.00 | Forfeiture |
| | $25.00 | Processing |
| **PAY THIS** | $275.00 | Total Collateral |

### YOUR COURT
*(If no court appearance date is shown, you will be notified of your appearance date by mail.)*

| Court | Date (mm/dd/yyyy) |
|---|---|
| 300 North Hogan St | |
| Jacksonville, FL 32202 | Time (hh: |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant  _____

Previous edition is obsolete   Original - CVB Copy   FS-5300-4 (7/05)

FBET007B

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that _____April 11, 2016_____ while exercising my duties as a law officer in the _____Middle_____ District of _____FL_____

On December 27, 2015 I, U.S. Forest Service (USFS) Law Enforcement Officer David CARRODEGUAS made contact with Kenneth JOHNS who wanted to report an incident that occurred on Forest Service Road 241 near the entrance of Hog Pen Campground. JOHNS stated that on December 26, 2015 he was setting up tree stands in the area of FSR 241 when he encountered Gary HENRY standing in the road barefoot, dressed in a shirt and shorts when he began shooting from the road towards Hog Pen Campground moving between both entrance/exit points to the campground. JOHNS then drove through the campground in an attempt to bypass making contact with HENRY but by the time he exited the campground HENRY had made his way to the west entrance/exit and waived for JOHNS to stop and yelled at him "Do you have a problem?" and told JOHNS that he was in his shooting lane. At this time JOHNS told HENRY that he doesn't think he can shoot from the road and that HENRY began yelling and using profanity while maintaining his hand on his pistol. JOHNS left the area and called the FWC to report the incident but was told there was no officer in the area and transferred him to the Baker County Sheriff's Office (BCSO).

On January 4, 2016 I received an email from my supervisor about an anonymous email sent to the USFS office in Tallahassee in regards to a camper in Hog Pen Campground that gets intoxicated and walks around with a pistol on his side intimidating other campers and running his generator past quite hours. The camper was reported to drive a large Landau motor-home with a MI license plate. The email also referred to the incident involving JOHNS. Shortly after receiving the email I spoke with a BCSO Deputy who pulled the report from their response to the incident on 12/26. The report shows HENRY as the subject.

On January 13, 2016 HENRY became a suspect in a intimidation and interfering case involving a Forest Protection Officer.

On March 15, 2016 HENRY contacted the USFS office and asked for an officer to file a complaint on a camper in Cobb Campground. LEO Christopher CASON took the complaint from HENRY, during this time HENRY brought up the incident from 12/26 where he admitted to LEO CASON that he was hunting on FSR 241.

On March 23, 2016 I made contact with JOHNS and asked him if he was willing to give a written statement. JOHNS agreed and reiterated in writing what he told me on 12/27.

On March 25, 2016 at the request of the U.S. Attorney's Office I compiled a photo lineup and made contact with JOHNS again and asked if he would be willing to identify the individual from 12/26. JOHNS agreed and from a six photo lineup he identified HENRY.

The foregoing statement is based upon:

MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed _____April 11, 2016_____  _____[signature]_____
         Date (mm/dd/yyyy)              Officer's Signature

☐ Probable cause has been stated for the issuance of a

Executed on: _____
             Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;    CMV = Commercial vehicle involved in incident